# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AAA NORTHERN CALIFORNIA, NEVADA & UTAH INSURANCE EXCHANGE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AUDELINO MELGAR, ET. AL<br>　　　　Defendants | ) Case No: 1:13-at-00562-AWI-MJS<br>)<br>) **ORDER ON JOINT STIPULATION**<br>) **TO CONTINUE SCHEDULING**<br>) **CONFERENCE**<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Joint Stipulation of Defendants CENTRAL MORTGAGE COMPANY ("CMC"), AUDELINO MELGAR, BERTILA MELGAR (AUDELINO MELGAR and BERTILA MELGAR are collectively referred to herein as the "MELGARS"), and Plaintiff AAA NORTHERN CALIFORNIA, NEVADA & UTAH INSURANCE EXCHANGE ("AAA") (collectively with all Defendants, the "Parties"), the Scheduling Conference, currently scheduled for August 1, 2013, at 9:30 a.m., in Courtroom 6 (6th Floor) is continued to September 5, 2013 at 11:00 a.m., in Courtroom 6 (6th Floor).

IT IS SO ORDERED.

Dated:   July 26, 2013                    /s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE