STANLEY R. PARRISH
State Bar No. 137624
LAW OFFICES OF STANLEY R. PARRISH
Box 302
7862 Winding Way
Fair Oaks, CA 95628
(916) 536-0330
(916) 961-4363 (fax)
email: stan@stanparrishlaw.com

LAW OFFICE OF MICHAEL J. FARLEY
Michael J. Farley, Esq.
State Bar No. 147584
2280 East Bidwell Street
Folsom, CA 95630
(916) 417-8830
(916) 941-8308 (fax)
email: michaeljfarley@gmail.com

Attorneys for Defendants and Cross-Complainants
AUDELINO MELGAR and BERTILA MELGAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| AAA NORTHERN CALIFORNIA NEVADA & UTAH INSURANCE EXCAHNGE,<br><br>              Plaintiff,<br><br>v.<br><br>AUDELINO MELGAR, ET AL.<br><br>              Defendants.<br>_____<br>_____<br>_____<br><br>AND RELATED CROSS ACTIONS | Case No.: 1:13-00562<br><br>**ORDER DENYING PARTIAL PAYMENT OF INTERPLED FUNDS PER STIPULATION** |

The Court having considered the Stipulation for Partial Release of Interpled Funds

between Cross-Defendant CENTRAL MORTGAGE COMPANY ("CMC"), Defendant and

Cross-Complainant FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") and

Defendants and Cross-Defendants AUDELINO MELGAR and BERTILA MELGAR (collectively referred to as the "Melgars"), for good cause REJECTS the Stipulation at this time and without prejudice because it appears that not all the parties to this litigation have so stipulated.

IT IS SO ORDERED.

Dated: May 1, 2014                         /s/ *Michael J. Seng*
                                                                 UNITED STATES MAGISTRATE JUDGE