STANLEY R. PARRISH
State Bar No. 137624
LAW OFFICES OF STANLEY R. PARRISH
Box 302
7862 Winding Way
Fair Oaks, CA 95628
(916) 536-0330
(916) 961-4363 (fax)
email: stan@stanparrishlaw.com

LAW OFFICE OF MICHAEL J. FARLEY
Michael J. Farley, Esq.
State Bar No. 147584
2280 East Bidwell Street
Folsom, CA 95630
(916) 417-8830
(916) 941-8308 (fax)
email: michaeljfarley@gmail.com

Attorneys for Defendants and Cross-Complainants
AUDELINO MELGAR and BERTILA MELGAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| AAA NORTHERN CALIFORNIA NEVADA & UTAH INSURANCE EXCAHNGE,<br><br>Plaintiff,<br><br>v.<br><br>AUDELINO MELGAR, ET AL.<br><br>Defendants.<br>_____<br><br>AND RELATED CROSS ACTIONS | Case No.: 1:13-00562<br><br>**ORDER GRANTING PARTIAL PAYMENT OF INTERPLED FUNDS PER STIPULATION** |

The Court having considered the Stipulation for Partial Release of Interpled Funds between Cross-Defendant CENTRAL MORTGAGE COMPANY ("CMC"), Defendant and Cross-Complainant FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae")

1  and Cross-Defendant PLM Lender Services (PLM) and Defendants and Cross-Defendants
2  AUDELINO MELGAR and BERTILA MELGAR (collectively referred to as the "Melgars"),
3  and for good cause appearing, orders as follows:
4      The court, in compliance with the attached Stipulation of the Parties, will cause to be
5  issued a check in the amount of One Hundred Fifty Thousand Dollars ($150,000) made
6  payable to "AUDELINO and BERTILA MELGAR and THE LAW OFFICE OF STANLEY
7  R. PARRISH." Said check shall be sent to Law Office of Stanley R. Parrish at 7862 Winding
8  Way, Box 302, Fair Oaks, CA 95628.
9      IT IS SO ORDERED.

10  DATED: 5-8-14

ANTHONY W. ISHII
Senior Judge of the United States
District Court