1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

8
9
10
11
12
13
14
15
16

| AAA NORTHERN CALIFORNIA, NEVADA & UTAH INSURANCE EXCHANGE, | ) | Case No: 1:13-cv-00562-AWI-MJS |
|---|---|---|
| | ) | |
| | ) | **ORDER GRANTING STIPULATION TO EXTEND DISPOSITIVE MOTION FILING DEADLINE FROM JUNE 4, 2014 TO JUNE 16, 2014** |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| AUDELINO MELGAR, ET. AL | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| AND RELATED CROSS-ACTIONS | ) | |

17
18
19

The Court having considered the Stipulation to Extend Dispositive Motion Filing Deadline from June 4, 2014 to June 16, 2014 entered into between the Parties to this action, and for good cause appearing, orders as follows:

20
21
22
23

The Dispositive Motion Filing Deadline is continued from June 4, 2014 to June 16, 2014.  The hearing on any Dispositive Motion shall remain scheduled for July 16, 2014 at 1:30 p.m. in Courtroom 2 of the above-referenced Court.

24

IT IS SO ORDERED.

25
26

Dated:   May 30, 2014         /s/ *Michael J. Seng*

27

UNITED STATES MAGISTRATE JUDGE

28