Wright, Finlay & Zak, LLP
T. Robert Finlay, Esq., SBN 167280
Peter M. Watson, Esq., SBN 258784
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 608-9142

Attorneys for Defendants, CENTRAL MORTGAGE COMPANY and FEDERAL NATIONAL MORTGAGE ASSOCIATION

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| AAA NORTHERN CALIFORNIA, NEVADA & UTAH INSURANCE EXCHANGE,<br><br>            Plaintiff,<br><br>    vs.<br><br>AUDELINO MELGAR, ET. AL<br><br>            Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No: 1:13-CV-00562-AWI-MJS<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISPOSITIVE MOTION FILING DEADLINE FROM JUNE 16, 2014 TO JUNE 23, 2014** |

The Court having considered the Stipulation to Extend Dispositive Motion Filing Deadline from June 16, 2014 to June 23, 2014 entered into between the Parties to this action, and for good cause appearing, orders as follows:

\\\\

1

[PROPOSED] ORDER GRANTING STIP TO EXTEND DISPOSITIVE MOTION FILING DEADLINE

1  The Dispositive Motion Filing Deadline is continued from June 16, 2014 to
2  June 23, 2014.  The hearing on any Dispositive Motion shall be continued to July 28,
3  2014 at 1:30 p.m. in Courtroom 2 of the above-referenced Court.
4
5  IT IS SO ORDERED.
6
7  Dated:   June 16, 2014            /s/ *Michael J. Seng*
           UNITED STATES MAGISTRATE JUDGE

2
[PROPOSED] ORDER GRANTING STIP TO EXTEND DISPOSITIVE MOTION FILING DEADLINE