Wright, Finlay & Zak, LLP
T. Robert Finlay, Esq., SBN 167280
Peter M. Watson, Esq., SBN 258784
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 608-9142

Attorneys for Defendants, CENTRAL MORTGAGE COMPANY and FEDERAL NATIONAL MORTGAGE ASSOCIATION

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| AAA NORTHERN CALIFORNIA, NEVADA & UTAH INSURANCE EXCHANGE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AUDELINO MELGAR, ET. AL<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No: 1:13-CV-00562-AWI-MJS<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISPOSITIVE MOTION FILING DEADLINE FROM JUNE 23, 2014 TO TEN DAYS FOLLOWING A RULING ON THE PENDING MOTION FOR LEAVE TO FILE A FIRST AMENDED CROSS-COMPLAINT** |

The Court having considered the Stipulation to Extend Dispositive Motion Filing Deadline from June 23, 2014 to ten (10) days following a ruling on the pending Motion for Leave to File a First Amended Cross-Complaint entered into between the Parties to this action, **and the parties recognizing that such an extension could (but not necessarily will) necessitate a recalendaring of the pretrial conference and trial dates**[1], and good cause appearing, orders as follows:

---

[1] Bold print in this Order reflects language added by the Court to the wording proposed by the parties.

1

[PROPOSED] ORDER GRANTING STIP TO EXTEND DISPOSITIVE MOTION FILING DEADLINE

1    The Dispositive Motion Filing Deadline is continued from June 23, 2014 to
2 ten (10) days following a ruling on the pending Motion for Leave to File a First
3 Amended Cross-Complaint.  The hearing on any Dispositive Motion shall be
4 continued from July 28, 2014 at 1:30 p.m. in Courtroom 2 of the above-referenced
5 Court, to the first available hearing date, with full notice, following the timely filing and
6 serving of the Dispositive Motion(s), if any.  **Absent further Order of this Court if**
7 **and as necessary to allow full notice of dispositive motions and to accommodate the**
8 **Court's schedule,  the hearing on dispositive motions, the pretrial conference date**
9 **and the trial date will remain as currently set**.
10
11 IT IS SO ORDERED.
12
13    Dated:   June 24, 2014                    /s/ *Michael J. Seng*
14                                              UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING STIP TO EXTEND DISPOSITIVE MOTION FILING DEADLINE