# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AAA NORTHERN CALIFORNIA, NEVADA & UTAH INSURANCE EXCHANGE,<br><br>　　　　　Plaintiff,<br>vs.<br><br>AUDELINO MELGAR, ET. AL<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No: 1:13-cv-00562-AWI-MJS<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE FIRST AMENDED CROSS-COMPLAINT AND THE DISPOSITIVE MOTION FILING DEADLINE PENDING MEDIATION** |

The Court having considered the Stipulation to Extend Deadline to File First Amended Cross-Complaint and the Dispositive Motion Filing Deadline Pending Mediation, entered into between the Parties to this action, and for good cause appearing, orders as follows:

The FACC shall be filed on or before July 17, 2014 and the Dispositive Motion Filing Deadline is extended to July 24, 2014.  The hearing on any Dispositive Motion shall be held on the first available hearing date, with full notice, following the timely filing and serving of the Dispositive Motion(s), if any.

The parties have been advised and are aware that the extensions of time provided for herein may (but not necessarily will) necessitate a recalendaring of the pretrial conference and trial dates to accommodate the Court's schedule.  However,

1

ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE FIRST AMENDED CROSS-COMPLAINT AND DISPOSITIVE MOTION FILING DEADLINE

absent further Order of the Court, the pretrial conference and the trial dates will remain as currently set.

IT IS SO ORDERED.

Dated:   July 11, 2014                    /s/ *Michael J. Seng*
                                                     UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE FIRST AMENDED
CROSS-COMPLAINT AND DISPOSITIVE MOTION FILING DEADLINE