**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| AAA NORTHERN CALIFORNIA, NEVADA & UTAH INSURANCE EXCHANGE,<br><br>        Plaintiff,<br>   vs.<br><br>AUDELINO MELGAR, ET. AL<br><br>        Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No: 1:13-cv-00562-AWI-MJS<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE CENTRAL MORTGAGE COMPANY FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION IN THE INTERPLEADER ACTION AND RELATED CROSS-ACTIONS**<br><br>(ECF No. 45) |

The Court, having considered the Motion to Substitute Central Mortgage Company ("CMC") for Federal National Mortgage Association ("FNMA") in the Interpleader Pleader Action and Related Cross-Actions, and for good cause appearing hereby grants said Motion and, orders as follows:

   1.   CMC is hereby substituted in place of Fannie Mae as the Defendant in the underlying Interpleader Action filed on April 18, 2013;

   2.   CMC is hereby substituted for Fannie Mae as the Cross-Complainant in the Cross Complaint filed by Fannie Mae on August 16, 2013;

1   3.   CMC is dismissed as a Cross-Defendant in the Cross Complaint filed by
2   Fannie Mae on August 16, 2013; and
3   4.   Fannie Mae is dismissed from the Cross Complaint filed by Audelino
4   Melgar and Bertila Melgar on October 14, 2013.

IT IS SO ORDERED.

Dated:   July 21, 2014                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE