FILED

AUG 13 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AAA NORTHERN CALIFORNIA, NEVADA & UTAH INSURANCE EXCHANGE,<br><br>    Plaintiff,<br><br>vs.<br><br>AUDELINO MELGAR, ET. AL<br><br>    Defendants. | Case No: 1:13-cv-00562-AWI-MJS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF INTERPLEADER ACTION AND RELATED CROSS-ACTIONS AND DISTRIBUTION OF INTERPLEADED FUNDS** |
| AND RELATED CROSS-ACTIONS | |

The Court having considered the Stipulation for Dismissal of Interpleader Action and Related Cross-Actions and Distribution of Interpleaded Funds, entered into between the Parties to this action, and for good cause appearing, orders as follows:

1. The above-referenced Interpleader Action and related Cross-Actions identified as Case Number 1:13-cv-00562-AWI-MJS is dismissed in its entirety, as to all remaining claims and parties, WITH prejudice;

2. The Court, in compliance with the Stipulation of the Parties, will cause to be issued a check in the amount of One Hundred Seventy-Two Thousand, Six Hundred Eighty-Nine and 30/100 Dollars ($172,689.30) plus fifty percent (50%) of

1

the accrued interest payable to "Central Mortgage Company and Wright, Finlay & Zak, LLP". Said check shall be sent to Wright, Finlay & Zak, LLP at 4665 MacArthur Court, Suite 200, Newport Beach, California 92660; and

3. The Court, in compliance with the Stipulation of the Parties, will cause to be issued a check in the amount of Two Hundred Twenty-Four Thousand, Eight Hundred Ten and 70/100 Dollars ($224,810.70), plus fifty percent (50%) of the accrued interest payable to "Audelino and Bertila Melgar and The Law Office of Stanley R. Parrish". Said check shall be sent to the Law Office of Stanley R. Parrish at 7862 Winding Way, Box 302, Fair Oaks, California 95628.

IT IS SO ORDERED

Dated: 8-12-14

ANTHONY W. ISHII
Senior Judge of the United States District Court